HENRY E. CLARK, AS ADMINISTRATOR OF WILLIAM J. WATKINS, ET AL., APPELLANTS, VS. HENRY H. WILLIAMS, APPELLEE.

Appeal from the Circuit Court for St. Johns county.

*Call & Adams*, for Appellants.

*Cooper & Cooper*, for Appellee.

*Per Curiam.*

The only contention of appellants that needs notice is that the evidence in the case was not sufficient to sustain the decree appealed from. The evidence is

22

quite voluminous. It has had careful attention from the court, and we are of opinion that it sustains the decree.

Decree affirmed.